UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 21-CV-62561-BB**

INTERIM HEALTHCARE, INC.,

    Plaintiff,

v.

J. BRANDON DURBIN,
JAMES BULLARD,
JENNIFER BULLARD,
FALCON HEALTHCARE, INC.,
INTERIM HEALTHCARE OF WEST TEXAS, LLC,
CAPITAL HOMECARE LP,
CENTRAL TEXAS HOMECARE, LLC, AND
NEW MEXICO HEALTHCARE SERVICES, LLC,

    Defendants.
_____/

**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

Plaintiff, Interim Healthcare, Inc. ("Plaintiff"), and Defendants J. Brandon Durbin, Falcon Healthcare, Inc., Interim Healthcare of West Texas, LLC, Capital Homecare LP, Central Texas Homecare, LLC, New Mexico Healthcare Services, LLC, James Bullard, and Jennifer Bullard (collectively, the "Defendants") (the Plaintiff and the Defendants are collectively referenced in this motion as the "Parties"), jointly file this Motion to Stay Proceedings. For the reasons discussed below, the Parties respectfully request that this Court stay all proceedings, toll all deadlines, and issue no new rulings in this case through March 3, 2022 (the "Stay Period"), while the Parties engage in a continued good-faith effort to resolve all disputes among them in this litigation (and other related cases).

## BACKGROUND AND ARGUMENT

1. Since January 28, 2022, the Parties have engaged in good-faith negotiations to resolve all disputes among them—not just in this lawsuit, but also in two other lawsuits that are currently pending in state district court in Texas (collectively, the "Pending Matters").[1] Although the Parties have made progress and are hopeful that they can reach a global resolution, this effort is naturally hampered by the numerous deadlines that are approaching in the Pending Matters. For this reason, the Parties have agreed that a stay in the Pending Matters is more likely to facilitate a resolution than active litigation.

2. To that end, on February 3, 2022, the Parties entered into a Standstill Agreement in Support of Mediation (the "Standstill Agreement"), a copy of which is attached as Exhibit A. In the Standstill Agreement, the Parties agreed to file a motion in each of the Pending Matters, including this action, requesting that the respective courts stay all proceedings during the Stay Period so that the Parties may (i) focus exclusively on engaging in settlement discussions, and (ii) schedule and attend a mediation aimed at resolving the Pending Matters. (The Lubbock County court has already granted the motion to stay that proceeding.) The Parties also agreed to provide the Court with a status report regarding the mediation/settlement no later than five business days before the expiration of the Stay Period.[2]

---

[1] *Bullard, et al. v. Durbin, et al.*, DC-2021-CV-0040 (99th Dist. Ct., Lubbock County, Tex., Nov. 1, 2021); *Falcon Healthcare, Inc., et al. v. Bullard, et al.*, DC-2022-CV-0087 (237th Dist. Ct., Lubbock County, Tex., Jan. 20, 2022).

[2] The Parties agree and stipulate (i) that the Defendants' joinder in this motion to stay does not constitute a waiver of any potential defenses, including based on service of process, jurisdiction, or venue, or any grounds to dismiss, stay, or abate this matter; and (ii) that Plaintiff may not raise the Defendants' joinder in this motion to stay as grounds to oppose any motion or defense raised by the Defendants to dismiss, transfer, stay, or abate this case. Standstill Agreement at Section 4.d.

3. In view of the Standstill Agreement and the Parties' ongoing settlement discussions, the Parties jointly request that the Court toll all deadlines applicable to this matter for the duration of the Stay Period—including the deadlines for the Defendants to respond to the Plaintiff's First Amended Complaint [D.E. 6] and the Plaintiff's Motion for a Preliminary Injunction [D.E. 9]—with deadlines again resuming the first day after the Stay Period ends. The Parties have agreed to the following deadlines and request that they take effect beginning on March 4, 2022:

| Party | Required Filing or Action | Deadline (days after March 4, 2022) |
|---|---|---|
| Defendants | Response to First Amended Complaint by motion to dismiss, by answer, or otherwise | 20 days |
| Defendants | Response to Motion for a Preliminary Injunction | 20 days |
| Joint | Joint Scheduling Report and Certificates of Interested Persons | 30 days |

## CONCLUSION

For the above reasons, the Parties respectfully request that this Court stay all proceedings, toll all deadlines, and issue no new rulings in this case through March 3, 2022, with deadlines resuming the first day after the Stay Period ends, as indicated above, if necessary.

## Certificate of Conferral

All parties in this action have joined in this filing.

Dated: February 7, 2022

Respectfully submitted,

*/s/ Michael A. Pineiro*
Michael A. Pineiro, Esq.
Florida Bar No. 41897
mpineiro@mnrlawfirm.com
Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Bryan A. Almeida, Esq.
Florida Bar No. 1005558
balmeida@mnrlawfirm.com

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

*Counsel for the Defendants*


*/s/ Frank A. Reino*
Jeffrey Zucker, Esq.
(Admitted *Pro Hac Vice*)
jzucker@fisherzucker.com
Frank A. Reino, Esq.
(Admitted *Pro Hac Vice*)
freino@fisherzucker.com

**FISHER ZUCKER LLC**
21 S. 21st St.
Philadelphia, Pennsylvania 19103
Telephone: (215) 825-3100

*Counsel for the Plaintiff*


*/s/ Shannon Kain*
Shannon Kain, Esq.
Florida Bar No. 16656
skain@mhickslaw.com

4

        **HICKS, PORTER,**
**EBENFELD & STEIN, P.A.**
Sheridan Professional Centre
11011 Sheridan St., Ste. 104
Hollywood, Florida 33026
Telephone: (954) 624-8700

*Local Counsel for the Plaintiff*


*/s/ Garry A. Woodfield*
Florida Bar No. 0563102
gwoodfield@nasonyeager.com
sdaversa@nasonyeager.com

**NASON YEAGER GERSON**
**HARRIS & FUMERO, P. A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Telephone: (561) 686-3307

*Counsel for Defendants James and Jennifer Bullard*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on February 7, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record.

        */s/ Michael A. Pineiro*
Michael A. Pineiro, Esq.